Enrique S. Sanchez
AN9741   C.I.M
P.O. Box 600
Chino, California 91708

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENRIQUE SALINAS SANCHEZ,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>KIMBERLY A. SEIBEL, et al.,<br>　　　　Defendants. | Case No. EDCV 15-01901 R-(DFM)<br><br>PLAINTIFF'S EX-PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF TO DEFENDANTS' MOTION TO DISMISS, AND ANSWER TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF<br><br>Judge: HONORABLE<br>　　　DOUGLAS F. McCORMICK<br>Trial: NONE |

## APPLICATION

Plaintiff respectfully apply EX-PARTE for a thirty day enlargement of time to file an opposition brief to Defendants L. Adams, J. Covarrubias, O. Marciano and K. Seibel Motion to Dismiss Plaintiff's Complaint, and an opposition brief to Defendant Howard Tung's Answer to Complaint, from the present due time of February 5, 2016 up to and indicated March 7, 2016.

Plaintiff makes this application under Fed. R. Civ. P. 6(b) on the grounds that there is a good cause for enlarging time, in that Plaintiff has had insufficient time to do legal research, and draft and complete an Opposition Brief. An extension is required in this matter for the   reasons set forth in the attached declaration.

Date: February 3, 2016　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　Enrique Sanchez

-1-

# MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b) of the Federal Rules of Civil Procedure authorizes a Court to enlarge the time within which a party may do any required by the rules. If a request for enlargement of time is made by ex-parte application Id.

Plaintiff's accompanying declaration establishes that he has had insufficient time to complete the task of drafting an Opposition Brief by current deadline due to Plaintiff's Prison Work Assignments schedules merging with the prisons library schedule. Plaintiff's prison work assignment limits the access to law-library, which is located inside the prisons library. Furthermore, Plaintiff's Complaint includes a Physician who is not a CDCR employee, and Plaintiff is also requesting enlargement of time to respond to Defendant Howard Tung's Answer to Complaint.

An enlargement of time from February 5, 2016 to March 7, 2016 should be granted for Plaintiff to file an Opposition Brief to Defendants' Motion to Dismiss, and the Answer to Complaint.

Dated: February 3, 2016                Respectfully Submitted

                                       Enrique Sanchez

-2-

## DECLARATION OF ENRIQUE S. SANCHEZ

I, Enrique S. Sanchez, hereby declare and state:

1.) I am the Plaintiff in PRO-SE in this case.

2.) I respectfully request this Honorable Court for a thirty day extension of time in which to file an Opposition Brief to Defendants' Motion to Dismiss; and Answer to Complaint. This extension of time will allow Plaintiff as PRO-SE to request time off from inmate assignments, and seek legal research to properly file and serve an Opposition Brief by March 7, 2016. I have not yet applied for an extension of time to file an Opposition.

3.) This Application includes a thirty day enlargement of time to file an Opposition Brief to Defendant Howard Tung's Answer to Complaint who is part of Plaintiff's Complaint, but not employed by CDCR.

3.) Plaintiff is requesting thirty days extension for the following reasons: (1) The Motion to Dismiss from Defendants represented by Kamala D. Harris, Attorney General, and Leena M. Sheet, Deputy Attorney General; and Answer to Complaint by Defendant Howard Tung, represented by Natalie J. Buccini are complex, and Plaintiff's lack of knowledge of law requires a substantial amount of research to fully and properly draft an opposition brief. (2) Plaintiff's work assignments are inevitable unless otherwise righteously excused, or face administrative measures as fit by the Department. Plaintiff's work assignments schedule have the same schedule as the library working hours, it is difficult to be excused from assignment

unless aproved by the Teacher/Supervisor. Plaintiff's only access to library is one night a week, for the period of two hours. Moreover, Plaintiff has submitted a request for CDCR Classification Committee for Consideration of change of assignment. Copies of Plaintiff's Assignments schedule, and library schedule; And copy of CDCR Tit. 15 Sec. 3040 Participation, are attached herewith.

4.) To the best of my knowledge, a thirty day delay in filing an Opposition Brief to Defendants' Motions will not materially prejudice these Defendants.

5.) A notice of this ex-parte application will be sent to all Defendants' Attorneys.

6.) I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States. Executed on February 3, 2016 at Chino, California.

Respectfully Submitted

*Enrique Sanchez*

## Critical Condition

You do not have the authority to update this type of assignment.

Name: SANCHEZ, ENRIQUE S.                                   CDC #: AN9741   PID #: 11481164

IJPS010B

# Inmate Assignment

Tuesday January 26, 2016 09:58:23 AM

Assigned Date: 12/12/2015
Facility: CIM-Facility D [CIM-D]
Assignment Category: Education
Assignment Type: A02
Section #: 005 - ADULT ED 2 FAC D 5
Position #: 008
Type of Time: Half-Time
Supv/Facilitator/Teacher #1: Chilver, Charles
#2:
#3:
Assignment Authorized By: Smith, Michelle
Pay Grade: No Pay
Assignment Status: Assigned

Assigned Time: 01:01:01

Assignment Title: Adult Basic Education II

Position Title: ADULT BASIC ED. 2 STUDENT
Tentative End Date:

Override Reason: Education Recommendation
Pay Scale: Not Eligible for State Pay
As of Date: 12/12/2015

### Position Assigned Schedule (1 - 1 of 1)

| Days of Week | Period # | Start Time | End Time |
|---|---|---|---|
| Monday through Friday | | 08:00:00 | 11:00:00 |

### Education Profile

TABE Reading Level: 06.2
GED/HSED Completion: No
Title I: No
Employment Problems: 100 - High

TABE Math Level: 06.9

CA Student #:
Education Problems: 100 - High

### Comments

TimeStamp: 11 December 2015 09:55:59 --- User: Michelle Smith (SMMI006)

### Attendance (1 - 2 of 2)

| Year | Month | Total Hours Present (X) | Pay Rate | Total Hours Unable to Attend (S) | Total Hours Excused Absence (E) | Total Hours Unexcused Absence (A) | Total Hours for Month |
|---|---|---|---|---|---|---|---|
| 2015 | 12 | 6.00 | $0.00 | 6.00 | 0.00 | 0.00 | 12.00 |
| 2016 | 01 | 30.00 | $0.00 | 0.00 | 9.00 | 6.00 | 45.00 |

### Related Course Transcripts

| Year | School | Course # | Course Title | Grade Level | Credits Earned | Grade Received |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

### Related Standardized Test Scores (1 - 1 of 1)

| Date Taken | Test Type | Subtype | Level | Scores |
|---|---|---|---|---|
| 12/10/2015 | CASAS | | Not Applicable | Reading-187R:234; Math-037M:221 |

**Critical Condition**   You do not have the authority to update this type of assignment.

Name: SANCHEZ, ENRIQUE S.                                                      CDC #: AN9741   PID #: 11481164

IJPS010B                    **Inmate Assignment**                    Tuesday January 26, 2016 09:59:28 AM

|  |  |
|---|---|
| Assigned Date: 11/25/2015 | Assigned Time: 01:01:01 |
| Facility: CIM-Facility D [CIM-D] | |
| Assignment Category: Education | |
| Assignment Type: V16 | Assignment Title: Voc Computer Literacy |
| Section #: 003 - COMPUTER LITERACY | |
| Position #: 001 | Position Title: Computer Literacy Student PM |
| Type of Time: Half-Time | Tentative End Date: |
| Supv/Facilitator/Teacher #1: Parks, Terry | |
| #2: | |
| #3: | |
| Assignment Authorized By: Smith, Michelle | Override Reason: Education Recommendation |
| Pay Grade: No Pay | Pay Scale: Not Eligible for State Pay |
| Assignment Status: Assigned | As of Date: 11/25/2015 |

**Position Assigned Schedule** (1 - 1 of 1)

| Days of Week | Period # | Start Time | End Time |
|---|---|---|---|
| Monday through Friday |  | 12:00:00 | 15:00:00 |

**Education Profile**

| | |
|---|---|
| TABE Reading Level: 06.2 | TABE Math Level: 06.9 |
| GED/HSED Completion: No | |
| Title I: No | CA Student #: |
| Employment Problems: 100 - High | Education Problems: 100 - High |

**Comments**

TimeStamp: 24 November 2015 08:35:27 --- User: Michelle Smith (SMMI006)

**Attendance** (1 - 3 of 3)

| Year | Month | Total Hours Present (X) | Pay Rate | Total Hours Unable to Attend (S) | Total Hours Excused Absence (E) | Total Hours Unexcused Absence (A) | Total Hours for Month |
|---|---|---|---|---|---|---|---|
| 2015 | 11 | 3.00 | $0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 2015 | 12 | 9.00 | $0.00 | 15.00 | 0.00 | 6.00 | 30.00 |
| 2016 | 01 | 22.50 | $0.00 | 16.50 | 0.00 | 3.00 | 42.00 |

**Related Course Transcripts**

| Year | School | Course # | Course Title | Grade Level | Credits Earned | Grade Received |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

**Related Standardized Test Scores** (1 - 1 of 1)

# FACILITY 'D' LIBRARY

## Monday – Evening
12:30 to 3:00 pm & 6 to 8 pm

## Tuesday, Wednesday & Thursday
8:30—11:15 am & 12:30—3:00 pm

## Friday – Closed

*SCHEDULE SUBJECT TO CHANGE WITHOUT NOTICE

§ 3032            DEPARTMENT OF CORRECTIONS AND REHABILITATION

### 3032. Alteration of Clothing.

(a) Inmates shall not alter or dispose of damaged or worn out personal or state-issued clothing or linen in any manner without specific authority to do so. If the regular issue of clothing or linen does not meet an inmate's special physical/health needs, the chief medical officer may authorize a special issue to that inmate based upon a medical necessity as defined in section 3350(b)(1). Upon staff verification, a state-issued item, which is lost or damaged through no fault of the inmate, shall be replaced without charge to the inmate.

(b) An inmate shall not alter personally owned clothing in any manner that would change its characteristics or style from that originally approved by the institution head.

NOTE: Authority cited: section 5058, Penal Code. Reference: section 5054, Penal Code.

HISTORY:
1. Renumbering and amendment of former subsection 3032(a) to 3030(b), and former 3032(b) to 3030(c), and renumbering and amendment of former section 3033 to 3032 filed 7-9-92; operative 8-10-92 (Register 92, No. 28).
2. Amendment of subsection (a) filed 2-17-95 as an emergency; operative 3-1-95 (Register 95, No. 9). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 8-8-95 or emergency language will be repealed by operation of law on the following day.
3. Amendment of subsection (a) refiled 8-7-95 as an emergency; operative 8-7-95 (Register 95, No. 32). This regulatory action was deemed an emergency pursuant to section 5058(e) of the Penal Code and remains in effect for 160 days. A Certificate of Compliance must be transmitted to OAL by 1-16-96 or emergency language will be repealed by operation of law on the following day.
4. Reinstatement of section as it existed prior to emergency amendment filed 2-17-95 by operation of Government Code section 11346.1(f) (Register 96, No. 8).
5. Amendment of subsection (a) filed 2-21-96 as an emergency; operative 2-21-96 (Register 96, No. 8). A Certificate of Compliance must be transmitted to OAL by 6-20-96 or emergency language will be repealed by operation of law on the following day.
6. Certificate of Compliance as to 2-21-96 order including amendment of subsection (a) transmitted to OAL 6-18-96 and filed 7-9-96 (Register 96, No. 28).

### 3033. Alteration.

NOTE: Authority cited: section 5058, Penal Code. Reference: section 5054, Penal Code.

HISTORY:
1. Editorial correction of printing error (Register 92, No. 5).
2. Renumbering of former section 3033 to 3032 filed 7-9-92; operative 8-10-92 (Register 92, No. 28).

## Article 3. Work and Education



### 3040. Participation.

(a) Every able-bodied person committed to the custody of the Secretary of the Department of Corrections and Rehabilitation is obligated to work as assigned by department staff and by personnel of other agencies to whom the inmate's custody and supervision may be delegated. Assignment may be up to a full day of work, education, other programs, or a combination of work, education, or other programs.

(b) Inmates assigned to a physical fitness program as part of a work incentive program shall be held to the same obligations/ participation requirements governing other Career Technical Education programs, educational, work assignments, or other programs.

(c) Except as provided in section 3040(e), a classification committee shall assign each inmate to an appropriate work, education, vocation, therapeutic or other institution progra[m] count the:
(1) Inmate's expressed desires and needs.
(2) Inmate's eligibility for and availability of or program activity.
(3) Institution's security and operational needs
(4) Safekeeping of the inmate.
(5) Safety of persons and the general public.

(d) Despite an inmate's assignment to a progra[m] upon in a classification committee hearing, or pe[nd]ing, or pending assignment to a designated progr[am] period when the designated program is tempora[rily] in the absence of the inmate's agreement to parti[cipate] grams, any able-bodied inmate may be assigne[d] work deemed necessary to maintain and operate its services in a clean, safe and efficient manner. may always override a program assignment.

(e) Inmates assigned to clerical duties and offi[ces] requiring an extensive amount of staff/inmate i[n]clerks and teachers' aides, shall be rotated at r[egular intervals to] other positions within the institution even thou[gh] in lower pay, or no pay at all, to the inmate bein[g] position. The institution head shall determine th[e] based upon security needs of the institution. A[ll] positions shall not exceed a two-year period. Ro[tation shall] not affect the inmates' work/training group desig[nation or] may divest the inmate of a paid position.

(f) Any staff request for removal of an inma[te] shall be submitted to the inmate's correctional c[ounselor on a] General Chrono Form. The counselor shall ref[er to the] classification committee for consideration and [if removal] is for cause, defined as behavior that would re[sult in loss of par]ticipation credit pursuant to section 3043.2(a), temporarily relieved of the position and denied [participa]tion), pending classification committee action.

(g) Work assignments, in lieu of enrollment [in] education, Career Technical Education progra[ms, Be]havioral Treatment and Transitions programs, o[ther work] or institution program assignments, may be m[ade with] the inmate's consent by a classification comm[ittee mem]ber designated as an inmate assignment lieuten[ant or staff] member responsible for the supervision of an u[nit].

(h) Inmates who have a history of compu[ter misuse,] including documented institutional disciplinar[y actions for] computer fraud or abuse, shall not be placed i[n any assign]ment that provides access to a computer, or ref[erence material] which provides access to the internet.

(i) A job description shall be developed for [each work/] training position, establishing the minimum s[tandards, accept]able participation and performance and the po[ssible results] of failure or refusal to meet the standards. The [inmate shall sign a] copy of the job description, indicating acceptan[ce or refusal] of employment, and shall receive a copy.

(j) The allocation of paid inmate work/train[ing positions on] an institution-specific basis shall be made by th[e departmental] pay committee. Each institution shall administe[r a pay pro]gram consistent with the budget allotted for s[uch purposes as] directed and in accordance with section 3380. [In]stitutional inmate pay committees shall admin[ister local] wage matters subject to these regulations.

(k) An inmate's assignment to a paid po[sition shall be] dependent on available funding, job perform[ance and] conduct. These factors shall be criteria consi[dered for] an inmate's eligibility for pay earning status a[nd pay level].

## CALIFORNIA INSTITUTION FOR MEN
### PROOF OF SERVICE BY MAIL
(C.C.P. §1013a, §2015.5, Fed.R.Civ.P. 5, 28 U.S.C. 1746)

(A) In re: Sanchez v. Seibel, et al.   Case # EDCV15-01901R-(DFM)

I am over the age of eighteen years, a citizen of the United States, a resident of the State of California, and not a party to the within action. My mailing address is: P.O. BOX 600 CHINO, CA 91708.

On the following date: (B) February 3, 2016, I served the following document(s): (C)

Plaintiff's EX-PARTE Application for extension of time to file Opposition Brief to Defendants' Motion to Dismiss; and Answer to Complaint; Memorandum of Points and Authorities; Declaration in Support Thereof.

On the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, addressed as follows to the following parties: (D)

| | |
|---|---|
| Kamala D. Harris / Attorney General and | Carroll, Kelly, Trotter, Franzen, |
| Leena M. Sheet / Deputy Attorney General | McKenna, and Peabody |
| 300 South Spring Street, Suite 1702 | 225 Broadway, Suite 1575 |
| Los Angeles, Ca 90013 | San Diego, Ca 92101 |

I am readily familiar with the normal business practices for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, in a sealed envelope with postage fully prepaid, it is deposited in a box so provided at the correctional institution in which I am presently confined.

I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(E) Name: Enrique S. Sanchez   CDCR#: AN9741

Signed: Enrique Sanchez   Dated: February 3, 2016

---

CIM MAILROOM ACKNOWLEDGEMENT OF MAILING

DATED: _____   STAFF: _____

SIGNED: _____



