UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ENRIQUE SALINAS SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>K.A. SEIBEL et al.,<br><br>Defendants. | Case No. ED CV 15-01901-R (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. None of the parties has filed objections to the Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motions are accordingly granted.
3. Plaintiff's Eighth Amendment claims are dismissed with leave to amend.

4. Plaintiff's Fourteenth Amendment claims are dismissed without leave to amend.

5. Plaintiff is ordered to file, within twenty-eight (28) days of this Order, a First Amended Complaint that is limited to his Eighth Amendment claims against Defendants Seibel, Marciano, Covarrubias, Adams, and Tung.

Dated:   July 29, 2016

MANUEL L. REAL
United States District Judge