# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ENRIQUE SALINAS SANCHEZ<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY A. SEIBEL, et al.,<br><br>Defendants. | No. ED CV 15-1901-R (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefs, the record, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has a filed a notice of non-opposition to the Report and Recommendation. See Dkt. 75. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///
///

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is granted in part and denied in part as follows: the Motion is granted as to Plaintiff's claims for excessive force and deliberate indifference stemming from Plaintiff's transportation from the hospital to Chuckawalla Valley State Prison and his discharge to General Population in July 2015, and denied as to the claims against Seibel.

Date: January 28, 2019

MANUEL L. REAL
United States District Judge